UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSHUA E. BACON | CIVIL ACTION |
| VERSUS | NO. 11-15 |
| 29TH JUDICIAL DISTRICT COURT, STATE OF LOUISIANA, PARISH OF ST. CHARLES, DIVISION "E" JUDGE ROBERT A. CHAISSON | SECTION : "I" (2) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff, Joshua E. Bacon, which is hereby **OVERRULED**, approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's complaint is dismissed as frivolous and for failure to state a claim upon which relief can be granted under 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, February 14th, 2011.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE